1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7210
7  Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES MAGISTRATE COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )   No.   3 05 70553
                                        )
13         Plaintiff,                   )   [~~PROPOSED~~] ORDER AND
                                        )   STIPULATION FOR CONTINUANCE
14     v.                               )   FROM SEPTEMBER 29, 2005 TO
                                        )   OCTOBER 14, 2005 AND EXCLUDING
15  LYRIS WOLFE,                        )   TIME FROM THE SPEEDY TRIAL ACT
                                        )   CALCULATION (18 U.S.C. §
16         Defendant.                   )   3161(h)(8)(A)) AND WAIVING TIME
                                        )   LIMITS UNDER RULE 5.1
17  _____ )

18         With the agreement of the parties, and with the consent of the defendant, the Court enters

19  this order scheduling an arraignment or preliminary hearing date of October 14, 2005 at

20  9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the

21  preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time

22  under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 29, 2005 to October 14, 2005.

23  The parties agree, and the Court finds and holds, as follows:

24         1.  The defendant has been released on her own recognizance.

25         2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

26  3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.

28         3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1  preliminary hearing.

2      4. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case during the normal 20-day timeline established in Rule 5.1.

5      5. The Court finds that, taking into the account the public interest in the prompt
6  disposition of criminal cases, these grounds are good cause for extending the time limits for a
7  preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,
8  the Court finds that the ends of justice served by excluding the period from September 29, 2005
9  to October 14, 2005, outweigh the best interest of the public and the defendant in a speedy trial.
10 § 3161(h)(8)(A).

11     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12 hearing date before the duty magistrate judge on October 14, 2005, at 9:30A.M., and (2) orders
13 that the period from September 29, 2005 to October 14, 2005 be excluded from the time period
14 for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
15 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

16

17 IT IS SO STIPULATED:

18
19 DATED:_____    _____
20                          RON TYLER
                            Attorney for Defendant
21
22 DATED: 9/27/05            _____
23                          ROBERT DAVID REES
                            Assistant United States Attorney
24
25 IT IS SO ORDERED.
26
27 DATED: 9/28/05            _____
                            HON. JOSEPH SPERO
28                          United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 29, 2005 TO OCTOBER 14, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(H)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1

in the case of **UNITED STATES V. LYRIS WOLFE**, 03-05-70553 to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

>**RON TYLER, AFPD**
>**UNITED STATES FEDERAL PUBLIC DEFENDER'S OFFICE**
>**450 GOLDEN GATE AVENUE, 19TH FLOOR**
>**SAN FRANCISCO, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2005

_____
TYLE DOERR
United States Attorney's Office