IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0282 JL |
| Plaintiff, ) | |
| ) | ORDER PERMITTING TRAVEL |
| vs. ) | |
| ) | |
| LYRIS WOLFE, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Sacramento, California, leaving on September 1, 2006 and returning September 4, 2006.

IT IS SO ORDERED.

DATED: September 1, 2006

_____
JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

ORDER PERMITTING TRAVEL
*United States v. Lyris Wolfe*
CR06-0282 JL